

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

November 16, 2022

| | |
|---|---|
| No.: | 22-56056 |
| D.C. No.: | 3:22-cv-01063-MMA-MSB |
| Short Title: | Matthew Faison v. Branstad, et al |

Dear Appellant

Your notice of appeal has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case.

This appeal is subject to a pre-filing review order entered in case number 12-80207. The appeal will be reviewed by the Court to determine whether it will be permitted to proceed. Do not file a brief until/unless directed by the Court to do so.

**Briefing schedule will be set by future court order only if the Court determines that the appeal should be allowed to proceed.**