LEGAL MAIL
Provided to
Wakulla CI

MAY 01 2023

FOR MAILING

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| IN re MATTHEW L. FAISON, Respondent. | NOS.: 12-80207, 22-56056 ~~22-____~~/~~22-____~~/ 22-16466 <br><br> MOTION TO BE IN PENDENCY TO FILE WRIT OF CERT. TO USSC |
|---|---|

COMES NOW, Respectfully Matthew L. Faison, Pro Se litigant moves this Court pursuant to Rule 41(d). Fed. R. App. P. TO wit Court(Orders), entered the 31st of MARCH 2023. Reasons for this motion aver via assert foregoing.

A. SAID REQUEST FOR PENDENCY MOTION TO FILE CERTIORARI TO THE UNITED STATES SUPREME COURT

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAY 08 2023

FILED_____
DOCKETED_____
         DATE

1), See, (Docket Entry Nos. 22, 23, 24). Extraordinary circumstances exist, which opposes the. [NOS. 22-16466/22-56056]:

### B. FUNDAMENTAL RIGHT

2). The prose litigant, acting as court appointed attorney. Has a fundamental right to file to the Supreme court of the United States on a procedure Rules of the United States Appeals court on a remedial Rule via procedure Rules, to wit the guarantee, the dilemma of the 14th amendment to the United States Constitution, when cases involves controversy issues.

### C. UPON REQUEST FROM THE RESPONDENT

3). PRO SE, acting PRO BONO, attorney, respectfully ask the deputy Clerk, to mail the respondent Matthew L. Faison, (3) Three/ ("Supreme court writ of Certiorari") Application Froms to complete the task of the procedure Rule 41 (d), Fed. R. App. P. Pending to file said writ of Cert.

✹ The cases involves ("PUBLIC CONTROVERSY"):

WHEREUPON, The Applications Requested (Writ of Cert.), is needed or due on or before (90) days expirer of said Orders (Docket entry nos. 22, 23, 24); Dated and filed March 31, 2023. Which give the respondent Matthew L. Faison until the 29th of June 2023, to file (Petition of Writ of Cert.) to the Supreme Court of the United States.

WHEREFORE, The respondent believe he is entitled to redress and prays in good faith that he achieve a swift impact of all the above reasons that demonstrate ("SUBSTANTIAL-CONTINUITY DOCTRINE"):

Dated this 30th of April 2023

*Maestro Faison JR.*
)Signature of Movant

## Certificate of Service

I HEREBY that said Attorney General and the Sol. General is receiving a copy of this Document, via U.S.P. Service Fed-Ex. And at B.B.B. Mail Carrier this 1st day of May 2023.

*Maestro Faison JR.*
)Applicant

3